FILED IN OPEN COURT
U.S.D.C. Atlanta

AUG 1 2 2025

By: Kevin P. Weimer Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

CARLOS SAMBRANO AND
VICTOR MENDOZA-ORTIZ

Criminal Indictment

No.

**1: 25 - CR - 3 6 4**

THE GRAND JURY CHARGES THAT:

## Count One
### Conspiracy to Traffic Firearms
### (18 U.S.C. § 933)

1. Beginning on a date unknown, but at least as of on or about August 6, 2024, and continuing until on or about March 27, 2025, in the Northern District of Georgia and elsewhere, the defendant, CARLOS SAMBRANO, and others known and unknown to the Grand Jury, did knowingly combine, conspire, confederate, and agree to ship, transport, transfer, cause to be transported, and otherwise dispose of at least one firearm to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in Title 18, United States Code, Section 932(a)).

### Background

2. The Barrett M82A1 and the Barrett M107A1 are .50 caliber rifles. They retail for approximately $9,000 to $13,000.

3. The Barrett M82A1 and the Barrett M107A1 are manufactured in the State of Tennessee.

4. The Barrett M82A1 and the Barrett M107A1 are desired by Mexico-based drug cartels who work to acquire them in the United States and smuggle them into Mexico.

## Manner and Means

5. On or about September 18, 2024, Defendant VICTOR MENDOZA-ORTIZ purchased a Barrett M82A1 .50 caliber rifle from a Federal Firearms Licensee in the Northern District of Georgia for cash and then transferred the firearm to Defendant CARLOS SAMBRANO.

6. On or about October 7, 2024, Defendant VICTOR MENDOZA-ORTIZ purchased a Barrett M82A1 .50 caliber rifle from a Federal Firearms Licensee in the Northern District of Georgia for cash and then transferred the firearm to Defendant CARLOS SAMBRANO.

7. On or about November 1, 2024, Defendant VICTOR MENDOZA-ORTIZ purchased a Barrett M107A1 .50 caliber rifle from a Federal Firearms Licensee in the Northern District of Georgia for cash and then transferred the firearm to Defendant CARLOS SAMBRANO. That firearm was later recovered in Mexico City, Mexico.

8. On or about January 14, 2025, Person 1 travelled with Defendant CARLOS SAMBRANO from the Northern District of Georgia to the Middle District of Georgia, where Person 1 purchased a Barrett M107A1 .50

caliber rifle from a Federal Firearms Licensee for cash with the intent of transferring the firearm to Defendant CARLOS SAMBRANO.

All in violation of Title 18, United States Code, Sections 933(a)(1), 933(a)(3), and 933(b).

### Count Two
### Felon in Possession of a Firearm
### (18 U.S.C. § 922(g)(1))

9.   On or about March 27, 2025, in the Northern District of Georgia, the defendant, CARLOS SAMBRANO, knowing that he had been previously convicted of the following offense, that is, Possession with the Intent to Distribute Methamphetamine, on or about April 5, 2018, in the Circuit Court of Etowah County, Alabama, a crime punishable by imprisonment for a term exceeding one year, did knowingly possess at least one of the following firearms, in and affecting interstate and foreign commerce, that is:

- One FN SCAR 175 rifle;
- One CD Defense, Model 301, 12 Gauge shotgun;
- One Zastava Arms, Model ZPAP92, rifle;
- One Glock 32 Gen 4 pistol;
- One Glock 17 Gen 5 pistol;
- One Glock 43 pistol; and
- One Glock 43X pistol,

all in violation of Title 18, United States Code, Section 922(g)(1).

3

## Count Three
## Money Laundering
## (18 U.S.C. § 1957)

10. The factual allegations in paragraphs 2 through 8 of this Indictment are re-alleged as though fully set forth herein.

11. On or about November 1, 2024, in the Northern District of Georgia, the defendant, CARLOS SAMBRANO, aided and abetted by others known and unknown to the Grand Jury, did knowingly engage and attempt to engage in a monetary transaction for a Barrett M107A1 .50 caliber rifle, by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, that is, the felonious manufacture, importation, receiving, concealment, buying, selling and otherwise dealing in a controlled substance punishable under a law of the United States, all in violation of Title 18, United States Code, Section 1957 and Section 2.

## Counts Four through Ten
## False Statement to Federal Firearms Licensees
## (18 U.S.C. § 922(a)(6))

12. On or about the date(s) alleged in Column B of the table below, in the Northern District of Georgia, the defendant, VICTOR MENDOZA-ORTIZ, aided and abetted by others known and unknown to the Grand Jury, knowingly made a false and fictitious written statement to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, as identified in Column C below, in connection with the acquisition of the corresponding firearms described in Column D below, which statement(s) was intended and likely to

4

deceive the licensed dealer of firearms as to a fact material to the lawfulness of the sale or disposition of said firearm(s) under Chapter 44, Title 18, United States Code, that is:

| Column A | Column B | Column C | Column D |
|---|---|---|---|
| **Count** | **Date** | **Federally Licensed Firearms Dealer** | **Firearm(s)** |
| Four | August 6, 2024 | Adventure Outdoors Inc. | Glock Gen 4 .357 pistol |
| Five | September 18, 2024 | Dixie Ammo Dump | Barrett M82A1 .50 caliber rifle |
| Six | September 20, 2024 | Adventure Outdoors Inc. | FN SCAR 17s 7.62mm rifle |
| Seven | September 20, 2024 | Adventure Outdoors Inc. | FN SCAR 17s 7.62mm rifle |
| Eight | September 20, 2024 | Adventure Outdoors Inc. | FN America 5.57mm pistol |
| Nine | October 7, 2024 | Dixie Ammo Dump | Barrett M82A1 .50 caliber rifle |
| Ten | November 1, 2024 | Cherokee Gun & Pawn | Barrett M107A1 .50 caliber rifle |

in that the defendant, VICTOR MENDOZA-ORTIZ, falsely represented that he was the actual buyer of said firearm(s) when, as he then knew, he was not the true purchaser of the firearm(s), all in violation of Title 18, United States Code, Section 922(a)(6), Section 924(a)(2), and Section 2

## Forfeiture

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, CARLOS SAMBRANO, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 934(a), any property constituting, or derived from, proceeds obtained directly or indirectly, as the

5

result of said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, including, but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offense alleged in Count One of this Indictment.

Upon conviction of one or more of the offenses alleged in Counts Two and Four through Ten of the Indictment, the defendants, CARLOS SAMBRANO and VICTOR MENDOZA-ORTIZ, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offenses, including, but not limited to, the following:

a. Two hundred (200) rounds of assorted ammunition (25-ATF-010087);

b. Thirty-six (36) rounds of assorted ammunition (25-ATF-010100);

c. One (1) Glock GmbH 43GEN5 pistol, caliber: 9, serial number: ADSR484 (25-ATF-010103);

d. Six (6) rounds of Speer ammunition, caliber: 9 (25-ATF-010101);

e. One (1) Glock Inc. 43X pistol, caliber: 9, serial number: CBSB075 (25-ATF-010105);

f. Nine (9) rounds of Speer ammunition, caliber: 9 (25-ATF- 010106); and

g. One (1) Armi Sport di Chiappa (Kimar) Charles Daly 301 shotgun, caliber: 12, serial number: 20PA12V-7830 (25-ATF-010079).

Upon conviction of the offense alleged in Count Three of this Indictment, the defendant, CARLOS SAMBRANO, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or

6

personal, involved in such offense, or any property traceable to such property, including, but not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency, representing the amount of property obtained as a result of the offense alleged in Count Three of this Indictment.

If, any of the property subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

[continued on next page]

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

A _____ *True* _____ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

*Calvin A. Leipold, III*
CALVIN A. LEIPOLD, III
*Assistant United States Attorney*
Georgia Bar No. 442379

*Bethany L. Rupert*
BETHANY L. RUPERT
*Assistant United States Attorney*
Georgia Bar No. 971630

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000

8